IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

EVAN BEKKEDAHL and
SALOME BEKKEDAHL,

Plaintiffs,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

Defendant.

**DEFENDANT NATIONWIDE INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL**

**TO:**   Michael G. Brownlee, Esq.
Brownlee & Associates, LLC
70 Benchmark Road, Ste. 205
Avon, Colorado 81620
michael@brownleelawllc.com

District Court, Jefferson County, State of Colorado
100 Jefferson County Parkway
Golden, Colorado 80401

**PLEASE TAKE NOTICE** that Defendant Nationwide Insurance Company of America ("Nationwide"), a corporation incorporated in Ohio with its principal place of business in Iowa, removes this action from the Jefferson County District Court, State of Colorado, to the United States District Court for the District of Colorado, and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1.   The above action was filed in the District Court in Jefferson County, Case No. 2019CV31178, and is now pending in that Court.  *See* Complaint, attached as **Exhibit A**.  Service of Process, including a Summons, Civil Cover Sheet, Complaint, Order Re:

Initial Case Management Order/Conference, and Civil Procedure Order (16), were served on Nationwide on August 9, 2019.  *See* Summons, attached as **Exhibit B**; Civil Cover Sheet, attached as **Exhibit C**; Order Re: Initial Case Management Order/Conference, attached as **Exhibit D**; and Civil Procedure Order (16), attached as **Exhibit E**. The Civil Cover Sheet served on August 9, 2019 indicates that a monetary judgment over $100,000 is sought against Nationwide.  *See* Exhibit C.  *See also Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264 (10th Cir. 2016).  This Notice of Removal is filed within thirty days after the receipt by Nationwide of a copy of the paper from which it was first ascertained that the case is one which is removable.  *See* 28 U.S.C. § 1446(b)(3).

2. This is a civil action involving an amount in controversy exceeding $75,000, exclusive of interests and costs, between parties of diverse citizenship, and for which this Court has original jurisdiction under 28 U.S.C. § 1332.

3. Plaintiffs Evan Bekkedahl and Salome Bekkedahl are citizens of the State of Colorado. See Exhibit A at p.1, ¶ 2 and p. 6.

4. For diversity purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."  28 U.S.C. § 1332(c)(1).  Defendant Nationwide is a citizen of the State of Ohio, with its principal place of business in Iowa.  *See* Colorado Secretary of State Certification and Report, attached as **Exhibit F**.  No change of citizenship of the parties has occurred since the commencement of this action.  Under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between Plaintiffs and Nationwide.

5. In the lawsuit, Plaintiffs seek damages for alleged hail and/or wind damage to their property on August 21, 2018.  *See* Exhibit A at p. 2, ¶ 7.  Plaintiffs are pursuing

damages in excess of $100,000. *See* Exhibit C. Plaintiffs seek alleged contract damages, as well as damages of double that amount and attorneys' fees and costs under C.R.S. §§ 10-3-1115 and 1116, and damages for common law bad faith. *See* Exhibit A. These amounts are in excess of $75,000. *See* Exhibit C. *See also Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("the amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal").

6. Nationwide is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1446.

7. Pursuant to D.C.COLO.LCivR 81.1, copies of all pleadings and orders are attached and filed with this notice. They are as follows:

Complaint with Jury Demand filed on July 31, 2019, attached as Exhibit A;

Summons filed on July 31, 2019, attached as Exhibit B;

Civil Case Cover Sheet filed on July 31, 2019, attached as Exhibit C;

Order Re: Initial Case Management Order/Conference filed on Jul 31, 2019, attached as Exhibit D;

Civil Procedure Order (16) filed on Jul 31, 2019, attached as Exhibit E;

Affidavit of Service filed on August 12, 2019, attached as **Exhibit G**;

Order – Notice of Potential Dismissal for Failure to Prosecute filed on September 3, 2019, attached as **Exhibit H**;

Entry of Appearance of John M. Palmeri and Katelyn S. Werner filed on September 3, 2019, attached as **Exhibit I**;

- 4 -

Defendant's Unopposed Motion for Extension of Time to Respond to Complaint filed on September 3, 2019, attached as **Exhibit J**;

Proposed Order Granting Defendant's Unopposed Motion for Extension to Respond to Complaint filed on September 3, 2019, attached as **Exhibit K**;

Order: Proposed Order Granting Defendant's Unopposed Motion for Extension to Respond to Complaint filed on September 3, 2019, attached as **Exhibit L**.

In addition, the Register of Actions is attached as **Exhibit M**.

8. Further, Nationwide states that no hearings have been set in the state court action and no motions are currently pending in the state court action.

9. Pursuant to D.C.COLO.LCivR 3.1, a Supplemental Cover Sheet for Notices of Removal is being filed contemporaneously with this Notice of Removal.

10. Pursuant to 28 U.S.C. § 1446(a), this pleading is being signed under F.R.C.P. 11.

Dated this 9th day of September 9, 2019.

**GORDON & REES LLP**

/s/ John M. Palmeri
John M. Palmeri
Katelyn S. Werner
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
kwerner@grsm.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 9th day of September, 2019.

        Michael G. Brownlee, Esq.
        Brownlee & Associates, LLC
        70 Benchmark Road, Ste. 205
        Avon, Colorado 81620
        michael@brownleelawllc.com


          */s/  Linda J. Bustos*